IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOSEPH MARK LEBLANC, #1361901, § § Plaintiff, § § v. § § JOHN ADAMS, et al., § § Defendants. § | 2:09-CV-0160-J-BB (consolidated with 2:10-CV-0033-J-BB) |

## ORDER GRANTING DEFENDANTS' MOTION
## FOR SUMMARY JUDGMENT AND ORDER OF DISMISSAL

Plaintiff JOSEPH MARK LEBLANC, acting pro se and while a prisoner confined in the Texas Department of Criminal Justice, Correctional Institutions Division, filed suit pursuant to Title 42, United States Code, section 1983 complaining against numerous defendants employed by or otherwise associated with the Texas Department of Criminal Justice, Correctional Institutions Division, and was granted permission to proceed in accord with Title 28, United States Code, section 1915(b).

On March 8, 2012, the Magistrate Judge issued a Report and Recommendation that defendants' Motion for Summary Judgment be granted and this cause be dismissed with prejudice.

No objections to the March 8, 2011 Report and Recommendation have been filed by either party; and the response period has expired.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation.

The Court is of the opinion that the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that defendants' Motion for Summary Judgment is GRANTED and the Civil Rights Complaint by plaintiff JOSEPH MARK LEBLANC is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

The Clerk will mail a copy of this Order to the plaintiff, and to any attorney of record by first class mail. The Clerk shall also mail copies of this Order of Dismissal to TDCJ-Office of the General Counsel, P.O. Box 13084, Austin, TX 78711; and to the Pro Se Clerk at the U.S. District Court for the Eastern District of Texas, Tyler Division.

It is SO ORDERED.

Signed this the _____27th_____ day of March, 2012.

MARY LOU ROBINSON
United States District Judge